UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18TH day of December, two thousand and fourteen,

_____

Powell v. BJ's Wholesale Club, Inc.

**ORDER**
Docket No: 14-4259

_____

Counsel for Appellants Sonia Abuissa, Evelyn Almonte, Megan Bergerson, Eddie Cabrera, Jr., Tracy Clemons, Vincent Coppola, Michelle B. Cunningham, Nicholas D'Intino, Yolanda Daskalothanassis, Adam Dennison, Elizabeth Doubleday, Christopher Ducharme, Alberto Estrada, Pamela Gardner, Chris Gatti, Leonard Gurrieri, Tanisha Harris, Matthew Hochdorfer, Matthew Hoffman, Christine Huapaya, William Isaac, James Kaull, Francis Lambert, Stephanie Lampasona, William MacDonald, Virginia Mancusi, Anthony Mauro, Michael Micciche, Galan Newton, Adam Norton, Paul G. O'Connor, Nancy Pelletier, Stephen J. Phillips, Matthew Pinkham, Susan Pomponio, Michael Rand, Ann Sacchetti, Sally Scott, Sindi Seneriz, Virginia Sherfield, Erica Shooman, James Shooman, Mary Tarpey, Chris Toucey, Roland Trudeau, Jr., Erin M. Walton, Paul Wanson, III, Carol Webb and Marlo White, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 23, 2015 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before February 23, 2015. The appeal is dismissed effective February 23, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court